IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN R. GENTILQUORE, **Plaintiff** | : : : : | No. 1:23-CV-1034 (Judge Munley) |
| v. | : : | |
| BRENT MERVIN BAILEY, **Defendant** | : : | |

ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendant's motion (Doc. 24) for summary judgment under Federal Rule of Civil Procedure 56 is **DENIED**.

Date: 3/19/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court